UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PIERCE, | ) | |
| Movant, | ) ) | |
| v. | ) | Case No. 4:10-CV-1376-CDP |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | |

## ORDER TO VACATE

**IT IS HEREBY ORDERED** that this Court's August 3, 2010 order denying movant's motion for leave to proceed in forma pauperis [Doc. #4] and case management order [Doc. #5] are **VACATED**.

Dated this 5th day of August, 2010.

_____
**UNITED STATES DISTRICT JUDGE**