# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

PATRICK PIERCE,     )
         )
     Movant,    )
         )
   vs.       )     Case No. 4:10-CV-1376-CDP
         )
UNITED STATES OF AMERICA,  )
         )
     Respondent.   )

## ORDER

This matter is before the Court upon movant's motion for leave to proceed in forma pauperis [Doc. #2] and motion for appointment of counsel [Doc. #3]. The Court finds that movant is eligible for appointment of counsel pursuant to the Criminal Justice Act and that the appointment of counsel would best serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for leave to proceed in forma pauperis [Doc. #2] and motion for appointment of counsel [Doc. #3] are **GRANTED**.

**IT IS FURTHER ORDERED** that Andrea Smith, 715 Rosehill, Kirkwood, MO 63122, phone 314-822-2735, fax 314-822-1402, is appointed to represent movant in this matter.

Dated this 5th day of August, 2010.

**UNITED STATES DISTRICT JUDGE**